*Bertram Boardman* for appellant.

*Maurice Rubinger* and *Robert Jacobs* for respondents.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

In the Matter of ROBERT E. MORRIS, Appellant, against EDWARD P. MULROONEY, as Police Commissioner of the City of New York, Respondent.

(Submitted May 20, 1935; decided June 4, 1935.)

502

*Joseph Shalleck* and *Albert D. Kanrich* for appellant.
*Paul Windels, Corporation Counsel (Seymour B. Quel* and *Paxton Blair* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. FINCH, J., taking no part.

In the Matter of the Claim of DENNIS RYAN against AMERICAN BRIDGE COMPANY, Respondent.

STATE INDUSTRIAL BOARD, Appellant.

(Argued May 21, 1935; decided June 4, 1935.)